FILED
DEC 16 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYLER JOSEPH LIGHT | SA20CR0583 FB<br>CRIMINAL NO.<br><br>INDICTMENT<br><br>[Violation: Possession of Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(8) (Count 1); Conspiracy, 18 U.S.C. 371 (Count 2)] |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 922(g)(8)]

On or about December 1, 2020, in the Western District of Texas, the Defendant,

TYLER JOSEPH LIGHT,

knowing he was subject to a court order issued by the 73rd Judicial Bexar County District Court on November 3, 2020, in cause number 2020CI18443, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner and restraining him from engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner and a child of the intimate partner, that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner and a child of such intimate partner that would reasonably be expected to cause bodily injury, did knowingly possess in and affecting interstate commerce firearms, that is, a Sig Sauer P320 handgun, serial number 58C410248 and an AK-47 Assault Rifle, Serial Number AA008119, and assorted ammunition, said firearms and assorted ammunition having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

## COUNT TWO
[18 U.S.C. § 371]

From on or about October 13, 2020, and continuing to a date unknown to the Grand Jury but believed to be up to December 1, 2020, in the Western District of Texas and elsewhere, the Defendant,

## TYLER JOSEPH LIGHT,

and another person known to the Grand Jury but identified herein only as G.C., knowingly and willfully conspired and agreed together and with each other, to commit an offense against the United States, to wit: transferring a firearm to an out of state resident in violation of Title 18, United States Code, Section 922(a)(5).

## MANNER AND MEANS

It was part of the conspiracy that Defendant and G.C. discussed having Defendant purchase firearms in Texas as specified by G.C.

It was further a part of the conspiracy that G.C. told Defendant that G.C. had recently been denied his pistol permit.

It was further a part of the conspiracy that Defendant and G.C. discussed having Defendant transport the firearms from Texas to Connecticut to provide them to G.C.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Western District of Texas and elsewhere:

On or about October 13, 2020, G.C. asked Defendant to purchase a revolver and a used Glock handgun for him.

On or about October 14, 2020, Defendant texted a gun shop, stating "Hey man, I'm looking to pick up a couple guns ASAP. If you could give me a call [at his phone number]."

2

Following that text, Defendant spoke directly with the owner of the gun shop about purchasing several handguns.

All in violation of Title 18, United States Code, § 371.

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
*[See* Fed. R. Crim. P. 32.2]

### Firearms Violation and Forfeiture Statutes
**[18 U.S.C. § 922(g)(8), subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by 28 U.S.C. § 2461(c)]**

As a result of the criminal violation set forth in Count One, the United States gives notice to Defendant TYLER JOSEPH LIGHT of its intent to seek the forfeiture of the properties described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by 28 U.S.C. § 2461(c). Section 924 states in pertinent part:

**Title 18 U.S.C. § 924. Penalties**

> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922, . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following properties:

1. Sig Sauer P320, Serial Number 58C410248;
2. AK-47 Assault Rifle, Serial Number AA008119; and
3. Any firearms, ammunition, and/or firearm accessories involved in or used in the commission of the criminal offense.



A TRUE BILL

FOREPERSON

GREGG N. SOFER
United States Attorney

WILLIAM HARRIS
Digitally signed by WILLIAM HARRIS
Date: 2020.12.15 14:54:24 -06'00'

WILLIAM R. HARRIS
Assistant United States Attorney